UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH EMERSON,

    Plaintiff,

v.

    Case No. 17-12481

    Honorable John Corbett O'Meara

UNEMPLOYMENT COMPENSATION
REVIEW COMMISSION,

    Defendant.
_____/

## ORDER OF DISMISSAL

Plaintiff Joseph Emerson filed this case July 31, 2017. The Honorable Denise Page Hood, Chief Judge of the United States Court for the Eastern District of Michigan, has enjoined plaintiff Emerson "from filing any new action without first obtaining permission from the judge assigned to any new proposed complaint sought to be filed." Emerson v. Toledo Police Dep't, No. 17-12252, E.D. Mich., July 31, 2017. Plaintiff Emerson did not obtain permission from the court to file his proposed complaint in this matter. Accordingly, it is hereby **ORDERED** that the case is **DISMISSED WITH PREJUDICE.**

                                            s/John Corbett O'Meara
                                            United States District Judge

Date: August 4, 2017

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 4, 2017, using the ECF system and/or ordinary mail.

                                        s/William Barkholz
                                        Case Manager